**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01368-CR

### VINCENT CROWLEY BERTRAND, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F12-56252-L**

## ORDER

The Court **REINSTATES** the appeal.

On January 23, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by court-appointed counsel Jeff Buchwald; (3) Mr. Buchwald's explanation for the delay in filing appellant's brief was because the record was incomplete due to his inadvertent failure to request the speedy trial hearing recorded by a court reporter other than official court reporter; (4) Mr. Buchwald has now requested the record from court reporter Sasha Brooks; (5) Ms. Brooks should be given thirty days from the February 20, 2015 findings to file the record of the speedy trial hearing; and (6) appellant's brief should be filed thirty days after the reporter's record is filed.

We **ORDER** court reporter Sasha Brooks to file by **MARCH 23, 2015** the reporter's record, including any exhibits admitted into evidence, of the July 18, 2014 hearing on appellant's motion for a speedy trial.

We **ORDER** appellant to file his brief by **APRIL 21, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sasha Brooks, official court reporter, 101st Judicial District Court, and to counsel for all parties.

/s/  ADA BROWN
    JUSTICE